**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bradon, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **76-0043226** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12821 Industrial Rd**<br>**Houston, TX 77015**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Bradon, Inc.** _____  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____3328____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Bradon, Inc.**
Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor  **See attached Rider**          Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor     **Bradon, Inc.**                                              Case number (*if known*) _____
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/10/2026
              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              MM / DD / YYYY

**X** /s/ Andrea Womble                                  **Andrea Womble**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor          Printed name

Title     **President**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** /s/ Genevieve M. Graham                            Date  08/10/2026
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor                                MM / DD / YYYY

**Genevieve M. Graham**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**Genevieve Graham Law PLLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**d/b/a Graham PLLC**
**4203 Montrose Blvd Suite 550**
**Houston, TX 77006**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone   **(832) 367-5705**          Email address   **ggraham@graham-pllc.com**
                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**24085340 TX**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

Debtor  **Bradon, Inc.**
_____
Name

Case number (*if known*) _____

■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 / 10 / 24
_____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **President**

**Andrea Womble**
_____
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

**Genevieve M. Graham**
_____
Printed name

**Genevieve Graham Law PLLC**
_____
Firm name

**d/b/a Graham PLLC**
**4203 Montrose Blvd Suite 550**
**Houston, TX 77006**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(832) 367-5705**       Email address  **ggraham@graham-pllc.com**

**24085340 TX**
_____
Bar number and State

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| (State) |
| Case number *(if known):* _____   Chapter ___11___ |

,

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Womble Contracting, Inc. dba Womble Company, Inc.

- Womble Contracting, Inc. dba Womble Company, Inc.
- Bradon, Inc.

**Your Signature is Requested**

Board Resolution for Bradon, Inc. _ Ch 11 Filing.pdf



1/2

## UNANIMOUS WRITTEN CONSENT OF DIRECTOR
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS OF
## BRADON, INC.
## (A TEXAS CORPORATION)

**THE UNDERSIGNED**, being the Directors of **BRADON, INC.**, a Texas corporation (the "Corporation"), acting pursuant to the authority conferred by Texas law, having voting powers on the matters set forth herein, does hereby authorize and consent to the following corporate action and does hereby adopt the following resolutions:

**WHEREAS**, the Board of Directors has decided that it is in the best interest of the Corporation and its shareholders that the Corporation file for protection under Chapter 11 of the United States Bankruptcy Code; and

**WHEREAS**, the Corporation's Board of Directors, by delivering proper notice in the time and manner required pursuant to Texas law, has held a meeting.

**NOW THEREFOR, BE IT RESOLVED,** that the Board of Directors considers it in the best interest of the Corporation and its shareholder to undertake these actions;

**BE IT FURTHER RESOLVED,** that the Board authorizes the Corporation to take such steps as are necessary to file a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, and to file all other pleadings necessary to the bankruptcy case;

**BE IT FURTHER RESOLVED,** that the Board authorizes the director and President, Andrea Womble, to take such steps as are necessary to file a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, and to file all other pleadings necessary to the bankruptcy case;

**BE IT FURTHER RESOLVED,** that the Board authorizes the Corporation to execute and deliver on behalf of the Corporation and in its name any documents necessary in the courts of the bankruptcy case, to hire professionals as are necessary to the case, and to do any and all acts and things necessary to carry out, perform, and consummate a reorganization under chapter 11 of the United States Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that the Board authorizes Andrea Womble to sign on behalf of the Corporation, or to take such steps as are necessary to employ professionals necessary to a chapter 11 restructuring, and further authorizes Andrea Womble to sign or take further action as necessary for approval of employment of professionals in any chapter 11 bankruptcy case;

**BE IT FURTHER RESOLVED,** that the Board authorizes the Corporation to retain and compensate restructuring professionals, even retroactively, as is necessary and in the best interests of the Corporation, including, but not limited to, counsel, a chief restructuring officer, financial advisor, accountant, or other professionals as the Corporation deems is necessary to the chapter 11 case.

–1–

This Written Consent and Resolution is effective and adopted as of the 10th day of August, 2026.

Alice F. Womble, Chairman

Andrea Womble, President and Director

--2--

Powered by ⓜ mycase

2/2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Bradon, Inc.<br><br>    Debtor.<br><br>**Tax I.D. No. 76-0043226** | Chapter 11<br><br>Case No. |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1</u>**

    Bradon, Inc., a Texas limited liability company and debtor in the above-captioned case, files its Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

| Name of Corporation | Percentage of Equity Interest |
|---|---|
| NONE | N/A |

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Bradon, Inc.<br><br>Debtor.<br><br>**Tax I.D. No. 76-0043226** | Chapter 11<br><br>Case No. |

## LIST OF EQUITY SECURITY HOLDERS

Bradon, Inc., a Texas limited liability company and debtor in the above-captioned case, files its List of Equity Security Holders, pursuant to Fed. R. Bankr. P. 1007(a)(3).

| Equity Holder | Aggregate Number of Units | Percentage of Equity Interests |
|---|---|---|
| Alice Womble | N/A | 100% |

1

Fill in this information to identify the case:

Debtor name   **Womble Contracting, Inc. d/b/a Womble Company, Inc**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

CONSOLIDATED

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HPI Land Investment Inc** 21406 Santa Clara Katy, TX 77450 | | Property/Landlord | | | | **$1,755,000.00** |
| **VALSPAR CORPORATION** P O BOX 741604 Atlanta, GA 30371-1604 | Paul Anselmo, Credit Manager 216-515-7231; 816-855-7185 paul.g.anselmo@sherwin.com | Trade Payable | | | | **$1,373,107.83** |
| **LABARGE REALTY LLC** 7583 Bay Colony Dr Naples, FL 34108 | | Property/Landlord | | | | **$810,000.00** |
| **XPEDITE SERVICES LLC** PO BOX 227362 Dallas, TX 75222-7362 | Customer Relations 602-337-5785 customerrelations@xpedite-services.com | Trade Payable | | | | **$639,240.00** |
| **SHERWIN WILLIAMS COMPANY** 10132 Buxton Houston, TX 77017-2719 | Customer Service 713-473-6627 COA.Customer_Service @sherwin.com | Trade Payable | | | | **$635,242.55** |
| **COKINOS ENERGY CORPORATION** PO BOX 669211 Dallas, TX 75266-9211 | riskprime@cokinosenergy.com | Utilities | | | | **$331,642.79** |
| **SEAL FOR LIFE INDUSTRIES US LLC** PO BOX 95099 Chicago, IL 60694-5099 | Seal For Life infosfl@henkel.com | Trade Payable | | | | **$328,223.12** |
| **SUN COAST RESOURCES INC** PO BOX 735606 Dallas, TX 75373-5606 | 800-677-3835 reports@suncoastresources.com | Trade Payable | | | | **$310,708.96** |
| **CITY OF HOUSTON** Water Department PO BOX 1560 Houston, TX 77251 | Houston 311 Water Billing 713-371-1400 customer.service@houstontx.gov | Utilities / Government | | | | **$306,809.54** |

Debtor **Womble Contracting, Inc. d/b/a Womble Company, Inc**  Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CARBOLINE COMPANY** PO BOX 931942 Cleveland, OH 44193 | 888-227-2654 kathi.grau@carboline.com | Trade Payable | | | | $305,361.48 |
| **RELIANT ENERGY DEPT 0954** PO BOX 120954 Dallas, TX 75312-0954 | Jose (Tony) Martinez 888-315-1558 Tony.Martinez@nrg.com | Utilities | | | | $275,656.19 |
| **ARGOS USA LLC** 3015 Windward Plaza, Suite 300 Alpharetta, GA 30005 | Customer Value Center 1-800-331-0022 argos-communications@argos-us.com | Trade Payable | | | | $218,616.45 |
| **GRANT PHILLIPS LAW PLLC** 670 Long Beach Blvd Long Beach, NY 11561 | Grant Phillips grant@grantphillipslaw.com | Trade Payable | | | | $190,500.00 |
| **SURFACE PREPARATION - TEXAS, LLC** 5973 S Loop East Houston, TX 77033 | ddepriest@surfaceprep.com | Trade Payable | | | | $179,325.84 |
| **HOUSTON INDUSTRIAL MATERIALS** 6040 Upshaw Dr Ste 105 Humble, TX 77396 | 281-441-9682 | Trade Payable | | | | $173,172.28 |
| **COOPER/PORTS AMERICA LLC** Dept 548 PO Box 4346 Houston, TX 77210 | 713-671-3400 | Trade Payable | | | | $148,854.95 |
| **UNITED RENTALS NORTHWEST INC** PO Box 840514 Dallas, TX 75284-0514 | 281-479-8500 | Trade Payable | | | | $127,112.44 |
| **RICHWAY TRANSPORTATION SERVICES INC** DEPT #9015 P.O. BOX 248903 OKLAHOMA CITY OK 73124-8903 | 251-432-0081 | Trade Payable | | | | $117,177.17 |
| **GULF STATES TRUCKING** 529 S 16TH ST LA PORTE TX 77571 | Jake Manchaca 713-946-2900 jake.manchaca@paulinc.com | Trade Payable | | | | $112,475.00 |
| **WASTE MANAGEMENT** AS PAYMENT AGENT PO BOX 660345 DALLAS TX 75266-0345 | Customer Service 800-772-8653; 713-686-6666 NTOACS@WM.com | Trade Payable | | | | $98,026.48 |
| **CIGNA HEALTHCARE** PO BOX 847990 DALLAS TX 75284-7990 | Employer Eligibility and Billing 800-603-0125 | Employee Benefits | | | | $94,471.46 |

Debtor  **Womble Contracting, Inc. d/b/a Womble Company, Inc**                Case number *(if known)*  _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WELLS FARGO FINANCIAL LEASING** PO BOX 77096 MINNEAPOLIS MN 55480 | Customer Service 866-497-6661 | Equipment Lease/Finance | | | | $87,097.47 |
| **HOUSTON SHIP CHANNEL SECURITY DISTRICT** 4400 HIGHWAY 225 E STE 200 DEER PARK TX 77536 | District Office 713-671-0947 | Government Assessment | | | | $74,200.00 |
| **AHMAD ZAVITSANOS & MENSING PLLC** 1221 MCKINNEY ST STE 2500 HOUSTON TX 77010 | Billing 713-655-1101 billing@azalaw.com | Professional Services | | | | $71,131.34 |
| **ROMCO EQUIPMENT COMPANY LLC** PO Box 736957 Dallas, TX 75373-6957 | ROMCO Equipment 214-819-4100 | Essential Equipment / Forklift | | | | $57,616.62 |
| **NAVASOTA INDUSTRIAL SUPPLY, LTD** P.O. BOX 1487 Navasota, TX 77868 | Accounts Receivable ar@nistx.com | Trade Payable | | | | $57,430.25 |
| **HUNTER CRANE & EQUIPMENT INC** PO Box 2429 Texas City, TX 77592 | 409-945-2382 | Essential Equipment Rental | | | | $56,488.13 |
| **3L ENERGY SOLUTIONS** PO BOX 200737 Dallas, TX 75320 | 713-434-7600 gwen.jones@3lus.com | Trade Payable | | | | $47,229.17 |
| **CREST INDUSTRIAL CHEMICALS INC** 1737 County Road 57 Rosharon, TX 77583 | 713-780-1828 | Trade Payable | | | | $43,945.00 |
| **EQUIPMENTSHARE.COM INC** PO BOX 650429 Dallas, TX 75265-0429 | 346-500-4961 invoicing@billing.equipmentshare.com | Essential Equipment Rental | | | | $42,533.86 |